STATE of Missouri, Respondent,

v.

Houston A. WILKS, Appellant.

No. 73249.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 16, 1998.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., RICHARD B. TEITELMAN, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Houston Wilks (Defendant) appeals from a judgment entered upon a jury verdict finding him guilty of one count of sale of a controlled substance in violation of Section 195.223, RSMo 1994[1] and one count of possession of a controlled substance in violation of Section 195.202. Defendant was sentenced to a total of twelve years imprisonment[2].

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The judgment is affirmed pursuant to Rule 30.25(b).

---

Jeffrey MOSIER, Plaintiff/Appellant,

v.

STATE of Missouri,
Defendant/Respondent.

No. 73261.

Missouri Court of Appeals,
Eastern District,
Division One.

June 16, 1998.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for plaintiff/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for defendant/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Movant pled guilty to second degree murder, armed criminal action, and first degree robbery. Pursuant to a written plea agreement, the trial court sentenced him to three consecutive life sentences.

Thereafter, movant filed a Rule 24.035 motion. The motion court determined that a hearing was not necessary and issued findings of fact, conclusions of law, and judgment denying the motion. Movant appeals.

We have reviewed the record on appeal and the briefs of the parties. The motion court's findings of fact and conclusions of law are not clearly erroneous. Rule 24.035(k). No error of law appears. An opinion would have no precedential value. Rule 84.16(b).

The motion court's judgment is affirmed.

---

1. All further statutory references are to RSMo 1994.

2. We are concerned by the fact that Appellant's counsel inaccurately states the term of imprisonment in the Jurisdictional Statement as fifteen years.